ORIGINAL

# LANDMAN CORSI BALLAINE & FORD P.C.
A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

SOPHIE REE
MEMBER
TEL: (212) 393-7923
EMAIL: sree@lcbf.com

120 BROADWAY
13TH FLOOR
NEW YORK, NEW YORK 10271
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center
4th Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard,
Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

300 Delaware Avenue
Suite 210
Wilmington, DE 19801
Tel: (302) 514-6901

**MEMO ENDORSED**

May 14, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 5/14/24

**Via ECF**

Hon. Louis L. Stanton
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Shamean Ricks v. National Railroad Passenger Corporation*
Case No. 1:24-cv-01387 (LLS) (RWL)

Dear Judge Stanton:

We represent Defendant National Railroad Passenger Corporation ("Amtrak") in connection with the above-referenced matter.

With the consent of Plaintiff, we write to respectfully request an adjournment of the initial conference which is presently scheduled for May 31, 2024. (ECF Docket No. 10). The undersigned has a conflicting commitment which cannot be changed. The Parties have conferred and are available on June 4, 5, 6, 11, 12, 13, and 14, or a date that is convenient for the Court.

This is Defendant's first request for an adjournment.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

*Sophia Ree*
Sophia Ree

cc: Brad Ponder, Esq. (via ECF)

*at 3:30 PM*

*Louis L. Stanton*
*5/14/24*