ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
SHAMEAN RICKS,

        Plaintiff,

      24 Civ. 1387 (LLS)

    - against -

      ORDER

NATIONAL RAILROAD
PASSENGER CORPORATION,

        Defendant.
- - - - - - - - - - - - - - - - -X

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within sixty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
       October 8, 2024

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.